UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSITION TECHNOLOGIES-MANAGED SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>M TODD BOYD, et al.,<br><br>Defendants. | Case No. 4:20-cv-02091-KAW<br><br>ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

This action was filed on March 25, 2020. (Dkt. No. 1.) On September 7, 2021, Plaintiff requested that the case management conference set for September 14, 2022 be continued 60 days to allow Plaintiff to serve Defendants based on newly discovered information from the California Secretary of State. (Dkt. No. 22 at 2.) Due to the intervening holidays, the undersigned continued the case management conference four months to January 18, 2022. (*See* Dkt. No. 23.)

Plaintiff, however, has not filed a certificate of service or a Motion for Administrative Relief to extend the service deadline pursuant to Civil L.R. 7-11. Plaintiff also did not file a case management statement by January 11, 2022. Accordingly, the January 18, 2022 case management conference is continued to March 29, 2022 at 1:30 PM. The joint case management statement is due on or before March 22, 2022.

Finally, by no later than January 31, 2022, Plaintiff is ordered to show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: January 13, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge