United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSITION TECHNOLOGIES-MANAGED SERVICES LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>M TODD BOYD, et al.,<br><br>  Defendants. | Case No. 4:20-cv-02091-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 39 |

On March 23, 2022, the Clerk entered default against Defendants. (Dkt. No. 34.) On August 16, 2022, Plaintiff requested that the August 23, 2022 case management conference be continued 60 days, and informed the Court that it expected to file a motion for default judgment by October 1, 2022. (Dkt. No. 37 at 2.)

On August 22, 2022, the case management conference was continued to December 13, 2022, and Plaintiff was instructed to file the motion for default judgment by October 7, 2022. (Dkt. No. 39.) To date, Plaintiff has not filed a motion for default judgment or a motion for administrative relief to obtain an extension of the October 7, 2022 deadline.

Accordingly, the Court issues an order to show cause to Plaintiff why this case should not be dismissed for failure to comply with the October 7, 2022 deadline. Plaintiff's response is due on or before October 26, 2022. Also by October 26, 2022, Plaintiff shall file the motion for default judgment or an administrative motion to extend the filing deadline.

IT IS SO ORDERED.

Dated: October 17, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge